IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
ROBBIE MAE WILSON

No.: 05-44470
JUDGE SCHMETTERER
Chapter 13

Debtor(s).

# RESPONSE TO TRUSTEE NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT DATED 06/06/07

NOW COMES HOMECOMINGS FINANCIAL NETWORK ("LENDER"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its RESPONSE TO TRUSTEE NOTICE, states as follows:

1. On 10/05/2005, the above captioned Chapter 13 bankruptcy was filed.
2. LENDER is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 1218 WEST 174TH STREET, HAZEL CREST, IL, 60429.
3. At this time, LENDER has completed an audit of all payments received in this case.
4. The prepetition claim filed in this case has been paid in full.
5. All post petition payments were to be paid by the Trustee.
6. To date, LENDER has received sufficient payments to make the loan due for the 02/01/07 post petition payment.
7. The post petition payments to LENDER are in arrears.

          RESPECTFULLY SUBMITTED,

          HOMECOMINGS FINANCIAL NETWORK,

          /s/ Barbara J. Dutton

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL  60423
815-806-8200