```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 44470
   ROBBIE MAE WILSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3116

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/05/2005 and was confirmed 11/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHARTER COMMUNICATIONS     UNSECURED             149.63          .00             .00
DELL FINANCIAL SERVICES    SECURED               400.00        32.66          400.00
DELL FINANCIAL SERVICES    UNSECURED         NOT FILED           .00             .00
HOMECOMINGS FINANCIAL      CURRENT MORTG     22331.19            .00        22331.19
HOMECOMINGS FINANCIAL      MORTGAGE ARRE      2664.58            .00         2664.58
QUORUM FEDERAL CREDIT UN   SECURED NOT I         .00             .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED             184.09          .00             .00
CHILDRENS MEMORIAL HOSPI   UNSECURED         NOT FILED           .00             .00
CLAY CANADAY MD            UNSECURED         NOT FILED           .00             .00
EBI MEDICAL SYSTEM         NOTICE ONLY       NOT FILED           .00             .00
COMCAST                    UNSECURED         NOT FILED           .00             .00
CREDIT PROTECTION ASSOC    NOTICE ONLY       NOT FILED           .00             .00
CONCORDIA UNIVERSITY       UNSECURED         NOT FILED           .00             .00
ICS LEARNING SYSYTEMS      NOTICE ONLY       NOT FILED           .00             .00
DAVIS D MEHR DEAN MEDICA   UNSECURED         NOT FILED           .00             .00
ASSOCIATED COLLECTORS IN   NOTICE ONLY       NOT FILED           .00             .00
DEAN HEALTH SYSTEMS        UNSECURED          2665.71            .00          150.76
WOODMANS FOOD MARKET       UNSECURED             81.12           .00             .00
DAVIS D MEHR DEAN MEDICA   UNSECURED         NOT FILED           .00             .00
US DEPT OF EDUCATION       UNSECURED          6655.76            .00          376.43
KEYSTONE ORTHODONTICS      UNSECURED         NOT FILED           .00             .00
KRAFT FOODS FEDERAL C U    UNSECURED         NOT FILED           .00             .00
KRAFT FOODS FEDERAL C U    UNSECURED         NOT FILED           .00             .00
QUORUM FEDERAL CREDIT UN   UNSECURED          7448.61            .00          421.27
MADISON GAS & ELECTRIC     UNSECURED         NOT FILED           .00             .00
STATE COLLECTION SERVICE   NOTICE ONLY       NOT FILED           .00             .00
MIDWEST PHYSICIAN GROUP    UNSECURED         NOT FILED           .00             .00
ST JAMES HOSPITAL & HEAL   UNSECURED         NOT FILED           .00             .00
TALK AMERICA               UNSECURED         NOT FILED           .00             .00
DEAN HEALTH SYSTEMS        UNSECURED              44.61          .00             .00
DEAN HEALTH SYSTEMS        UNSECURED              21.15          .00             .00
DEAN HEALTH SYSTEMS        UNSECURED              44.42          .00             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 44470 ROBBIE MAE WILSON
```

```
DEAN HEALTH SYSTEMS        UNSECURED          11.03                   .00              .00
DEAN HEALTH SYSTEMS        UNSECURED          14.01                   .00              .00
DEAN HEALTH SYSTEMS        UNSECURED          21.15                   .00              .00
DEAN HEALTH SYSTEMS        UNSECURED          40.94                   .00              .00
DEAN HEALTH SYSTEMS        UNSECURED          22.85                   .00              .00
PRINCETON HEALTH & FITNE   UNSECURED          62.70                   .00              .00
DEAN HEALTH SYSTEMS        UNSECURED          21.15                   .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                                2,700.00
TOM VAUGHN                 TRUSTEE                                                 1,668.91
DEBTOR REFUND              REFUND                                                       .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               30,745.80

PRIORITY                                              .00
SECURED                                         25,395.77
    INTEREST                                        32.66
UNSECURED                                          948.46
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,668.91
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                30,745.80                 30,745.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 12/27/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 44470 ROBBIE MAE WILSON